In care of"
**Arthur of the Family Wittenberg,**
(Private American National/Non- "U.S. citizen)
c/o rural route delivery
suite five seven eight six seven
loyola avenue–seven zero one
new orleans, louisiana 00000
awitt@hmtvshow.com
504-451-5770
February 12, 2024

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **Arthur of the Family Wittenberg** <br> (Private American National/Non- "U.S. citizen) <br> Rural Route Delivery <br> 701 loyola avenue, unit 57867 <br> new orleans, louisians 00000 <br> *PLAINTIFF* <br><br> vs. <br><br> **NEW YORK COMMUNITY BANCORP, INC** <br> 102 Duffy Ave. Hicksville, NY 11801 <br> d/b/a <br> **FLAGSTAR BANK** <br> 5151 Corporate Drive <br> Troy, MI 48098 <br><br> **James K. Ciroli, CFO** <br> **FLAGSTAR BANK** <br> 5151 Corporate Drive <br> Troy, MI 48098 <br> *DEFENDANTS* | CASE NO. 1:23-cv-00490-MSM-PAS <br><br> Jury trial demanded |

### PLAINTIFFS DEMAND
### FOR DEFAULT PURSUANT RULE 56 (C) (2) (3) (4)

["Cujusque Rei Potissima Pars"][The Principle Part Of Everything Is In The Beginning]

NOW COME PLAINTIFF, Arthur of the family Wittenberg, a Private American National/Non- "U.S. citizen", is hereby special appearance proceeding in a Common Law Court of Constitutional Due Process [under Article III of the Constitution of the United States for America, and the common law] … a neutral judge, Plaintiff/Defendant adversarial system, which means the court cannot impose the same standard upon me as are imposed on a licensed attorney and hereby request the clerk to issue a **Default Judgment** against the Defendant's for failure to

respond to plaintiff's lawsuit filed on May 2, 2023. The Defendants have chosen to not argue or deny the merits of my claim and thus they are now procedurally barred from any argument on these claims in the future. All parties in acquiesce are now in agreement. Plaintiff request the court to grant in full the request and demands in this lawsuit. Plaintiff also request the court to ORDER the Defendants to **discharge** the alleged debt, and provide Plaintiff with clear title to the Property.

### Reservation Of Rights:

I have reserved my rights under the UCC 1-308, formally 1-207, and demand the statutes used in this court be construed in harmony with Common Law. The code is complimentary to the common law, which remains in force, except where displaced by the code. A statute should be construed in harmony with the common law unless there is a clear legislative intent to abrogate the common law. The code was written as not to abolish the common law entirely. I was not involved with an international maritime contract, nor did this Plaintiff entered this claim under a international maritime contract, and in good faith, deny that such a contract exists. Plaintiff hereby demand this court proceed under Common Law Jurisdiction. The Plaintiff is only aware of two jurisdictions the court can operate under as per the Constitution and those jurisdictions are Common Law and Admiralty Jurisdiction. If this court chooses to proceed under Admiralty Jurisdiction, the Plaintiff will need the court to inform where to find such rules of procedures for admiralty jurisdiction for Plaintiffs review, to avoid a violation of my due process, which will result in a civil claim against the court for obstruction of the administration of justice.

### FACTUAL ALLEGATIONS:

According to **THE SUPERIOR COURT STATE OF RHODE ISLAND PROVIDENCE, SC.** case record, the Defendant moved this Civil Action on November 21, 2023, after a hearing on the Defendants MOTION TO DISMISS, that was held on October 23, 2023, claiming the Plaintiff had no true rights or interest to the Original Promissory Note, or the collateral property known as, 24 Ninigret Street, Warwick, RI 02889, which the deceased beneficiary placed into his 24 NINIGRET TUST, that names the Plaintiff as TRUSTEE. Defendant provided that court with no factual or tangible evidence to support their erroneous claim, only accusations and distorted truth accompanied by false Affidavit that was also disproven. This MOTION was unsuccessful and

DENIED, in the state court, and the Defendant is still have not provided an answer. No NOTICE OF REMOVAL of this case was sent or given to the Plaintiff, through any form of communication, to the writing of this document. This has been the ongoing behavior pattern of deceitful practice with deliberate indifference to the law, that has been on display by the Defendant since the inception of this instant case. It seems as if they are attempting the same deceitful practice in this court as well. The Plaintiff learned of this removal action through the filing of another case before this court because Plaintiff did not have that case number therefore he wrote his name for the clerk to look up, and this case appeared. The Defendant refused to answer the Plaintiffs Complaint in the state court case and is now it look as if they are planing to mislead this court with even more false statements, and trickery in an effort to escape or sidestep answering the Plaintiffs Complaint. The law are very clear which sates, when a Defendant fails or refuse to file a timely answer, the Defendant waives any right to further review of the penalties and assessments imposed. The Plaintiff is requesting a default judgment in this case because the Defendant's did not respond or is otherwise attempting to sidestep or avoid the dispute altogether. The Defendant's have not responded to the complaint or summons, so they cannot dispute plaintiff's arguments. In order for the defendant to have the default judgment vacated the defendant will have to show that they had a reasonable excuse for failing to respond in a reasonable time frame, and that their defense has at least some legal merit, and the Defendants have no defense to offer to the court. An entry of default is a serious remedy that is warranted when a party has failed to appear or failed to respond to the opposing party's argument as required by the Rules of Civil Procedure. The Defendant **NEW YORK COMMUNITY BANCORP, INC, d/b/a, FLAGSTAR BANK, James K. Ciroli, CFO,** in this case, failed or refused to respond to the Plaintiffs lawsuit and the clerk is ordered to enter Default Judgment in favor of the Plaintiff.

## ARGUMENT:

Arthur of the family Wittenberg, a Private American National/Non- "U.S. citizen", states his motion for default judgment should be granted due to the fact that the Defendant has not provided an answer but, instead or desperately trying to evade answering through trickery and deceitful practice with contempt and deliberate indifference to the law, which is a clear and

deliberate act against the attorney Code of Ethics. NOTWITHSTANDING, If a party fails to properly support an assertion of fact or fails to properly address another party's assertion of fact as required by Rule 56(c), the court may:

(1) Give an opportunity to properly support or address the fact;

(2) consider the fact undisputed for purposes of the motion;

(3) grant Default Judgment if the motion and supporting materials — including the facts considered undisputed — show that the movant is entitled to it; or

(4) issue any other appropriate order.

In short, R. of Civ. P. 56 provides that you may not oppose a motion for default simply by relying upon the allegations in your petition. Rather, you must submit evidence, such as witness statements or documents, countering the facts asserted by the plaintiff and raising specific facts that support your claims in the petition. Any witness statements must be in the form of affidavits.

(5). Plaintiff's Failure to properly answer, plead, respond or otherwise defend is deemed admitted. Rule Civil Procedure 8(d). An unrebutted Affidavit stands as truth in commerce.

(3). both the defendant and Plaintiff are not in the military service at this time. The foregoing facts are hereby entered on the record by the defendant.

The Clerk of the Court is hereby directed to enter a default against the Defendant's for their failure to respond to the lawsuit filed against them.

  **WHEREFORE,** Plaintiff request the clerk to grant in full the Plaintiff request to QUIET TITLE AND COLLATERAL ATTACK, and for the court to order the Defendants to discharge the alleged debt, and provide clear title to the Plaintiff property, and any and all relief this court may deem appropriate.

Respectfully Submitted,

_____ February 12, 2024
Arthur of the Family Wittenberg,
701 loyola avenue, unit 57867

new orleans, la 00000 [70113]
witt@wittenbergfamily-trust.com
504-451-5770

# CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing has been furnished, by USPS 1st Class Certified Mail postage prepaid, this 12, day of February 2024 to:

     Serve:

**NEW YORK COMMUNITY BANCORP, INC**
d/b/a **FLAGSTAR BANK,**
5151 Corporate Drive
Troy, MI 48098

**FLAGSTAR BANK,**
**James K. Ciroli, CFO,**
5151 Corporate Drive
Troy, MI 48098

**Caterine V. Eastwood**
**KORDE & ASSOCIATES, P.C.**
900 Chelmsford St. Suite 3102
Lowell, MA 01851

**KORDE & ASSOCIATES, P.C.**
900 Chelmsford St. Suite 3102
Lowell, MA 01851

_____
Arthur of the Family Wittenberg,