UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ARTHUR WITTENBERG, *also known as*, ARTHUR OF THE WITTENBERG FAMILY<br>    Plaintiff,<br><br>v.<br><br>FLAGSTAR BANK, N.A., JAMES K. CIROLI,<br>    Defendants. | C.A. No. 23-cv-00490-MSM-PAS |

## **JUDGMENT**

IT IS ORDERED AND ADJUDGED:

Judgment hereby enters in accordance with the Order of 5/13/2024.

                                              Enter:

                                              /s/ Carrie L. Potter
                                              Deputy Clerk

Dated: 5/13/2024